IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 119-127 |
| | ) | |
| DONALD LAMB | ) | |

**O R D E R**

The Court GRANTS the Government's "Motion to Dismiss" (doc. no. 9) pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

SO ORDERED this 15th day of November, 2019, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA